IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02149-MSK

GO FAST SPORTS & BEVERAGE COMPANY,

       Plaintiff,

v.

ADAM BUCKNER, doing business as MERCURY GRAFIX,

       Defendant.

---

## ORDER REMANDING CASE

---

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Denver County District Court. Plaintiff asserts claims against Defendants for, *inter alia*, interfering with allegedly lucrative international contractual relations and violation of the Colorado Consumer Protection Act. In its Complaint, the Plaintiff did not request any particular monetary relief.

In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. The Defendant contends that the requisite amount in controversy is established solely by the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing

of the requisite amount in controversy to establish diversity jurisdiction.  Accordingly, the action must be remanded to the State Court.  *See* 28 U.S.C. § 1447(c).

 **IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Denver County District Court.

 DATED this 7th day of October, 2008.

 **BY THE COURT:**

 _____

 Marcia S. Krieger
 United States District Judge